AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Arkansas

RECEIVED
US MAGISTRATE JUDGE

MAR 27 2017

WD Arkansas

| United States of America | ) | |
| v. | ) | Case No. 17-m-5010 |
| PENG CHANTHALANGSY | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 27, 2017 _____ in the county of _____ Washington _____ in the _____ Western _____ District of _____ Arkansas _____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 18, United States Code, Sections 2252 and 2252A | Violations of Title 18, United States Code, Sections 2252 and 2252A - Receipt of Child Pornography and Possession of Child Pornography, To Wit: the Defendant downloaded from the internet images of a prepubescent minor engaged in sexually explicit conduct and possessed over 100 of similar images. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gerald Faulkner, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___3/27/17___

_____
*Judge's signature*

City and state:       Fayetteville, Arkansas

Erin L. Wiedemann
*Printed name and title*

## AFFIDAVIT

I, Gerald Faulkner, being duly sworn, depose and state as follows:

1.      I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI), currently assigned to the Assistant Special Agent in Charge Office in Fayetteville, Arkansas.  I have been so employed with HSI since April, 2009.  As part of my daily duties as an HSI Special Agent, I investigate criminal violations relating to crimes against persons utilizing the internet, child exploitation and child pornography including violations pertaining to the illegal production, distribution, online enticement, transportation, receipt and possession of child pornography.  I have received training in the area of internet crimes against children, child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of venues individuals utilize to harass and stalk persons via the internet as well as child pornography in all forms of media including computer media.  I have also participated in the execution of numerous search warrants and arrest warrants, a number of which involved internet crimes against children, child exploitation and/or child pornography offenses. This affidavit is being submitted based on information from my own investigative efforts as well as information obtained from others who have investigated this matter and/or have personal knowledge of the facts herein.

2.      Your Affiant is personally familiar with all the facts and circumstances surrounding this investigation both from my own investigative activities and  from  information obtained from other law enforcement agencies;  however,  because  this affidavit  is being submitted in support of a criminal complaint, it does not include all of the information known to me as part of this investigation, but rather only information sufficient to establish probable cause

for the requested arrest warrant and criminal complaint for violations of **18 United States Code, Sections 2252(a)(2) (Receipt of Child Pornography) and 2252A(a)(5)(B) Possession of Child Pornography.**

## Statutory Authority

3.      This investigation concerns alleged violation of Title 18, United States Code, Sections 2251 and 2252, relating to Child Pornography

    a.   Under 18 U.S.C. 2252/2252A, it is a federal crime to Receive, Distribute, Possess, or Access a device with the Intent to view Child Pornography as that term is defined by federal law

    b.   The term "minor," as used herein, is defined pursuant to Title 18, United States Code, and Section 2256(1) as "any person under the age of eighteen years." The term Child Pornography, as used in this affidavit herein, is defined in Title 18, United States Code, and Section 2256(8), to include the use of a minor engaged in sexually explicit conduct. Sexually explicit conduct is likewise defined in Section 2256(2), to include sexual intercourse, oral and anal sex, masturbation, and lascivious exhibition of the genitals.

## PROBABLE CAUSE

4.      On or about Monday March 13, 2017, an Arkansas state search warrant was applied for and obtained for the residence of Peng CHANTHALANGSY located at 4007 West Olive Street in Rogers, Arkansas. The residence was suspected of containing evidence of possession of a controlled substance with the intent to deliver (Methamphetamine) and possession of drug paraphernalia. Drug Task Force Offices (TFO) had previously conducted two controlled transactions with CHANTHALANGSY, with the most recent being on March 13th, 2017,

involving the controlled purchase of 10 grams of methamphetamine. The State authorized search warrant allowed for the confiscation of, among other things, digital devices capable of containing evidence of drug transactions.

5.     At approximately 1859 hours, a knock and announce search warrant for the residence located at 4007 West Olive Street, Rogers, Arkansas was executed. Durign the execution of the warrant, law enforcement located a black CYBORG iBuyPower I-Series 901 CPU in CHANTHALANGSY's bedroom. Consequently, all digital devices were seized pursuant to the search warrant, as possibly containing evidence of drug transactions.

6.     On Thursday, March 16, 2017, TFO Dennis Schumacher, a digital forensic examiner with HSI began examining the digital storage devices confiscated from the West Olive Street address for evidence pertaining to the sale, purchasing, and distribution of drugs. During the examination, it was noted that the iBuyPower CyborgX computer contained two hard drives, one was Kingston 120GB Solid State drive and the other was a Hitachi 1TB hard drive. The Hitachi 1TB Hard Drive was imaged on March 17, 2017 and the Kingston 120GB Solid State drive was imaged March 20, 2017. During this process, the examiner noted that the device(s) contained relevant information pertaining to the drug case. However, of significance to the current warrant request, the examiner located on the Hitachi 1TB hard drive several images of child pornography along with multiple child erotica images. Consequently, the examiner stopped the review of the seized items in order to obtain a federal search warrant allowing for the search for child pornography. One of the particular images the examiner viewed prior to stopping his examination was described as a 3 to 4 years old completely nude female standing with one leg on a stool and the other leg extended up to what appears to be a counter. Per TFO Schumacher, the pose of the

minor depicted in the image was provocative, in that the focal point of the image is of the minor's genital area. The title of the image is "Russian Lolitas. Professional Series", www.loliaspro.com.

7.      On March 23, 2017, based on the child pornography image located on CHANTHALANGSY's seized device, your Affiant applied for and received a federal search warrant for possible violations of 18 U.S.C. 2251 and 2251.

8.      On March 24, 2017, after receipt of the newly acquired federal search warrant, TFO Schumacher resumed his forensic examinations on CHANTHALANGSY's iBuyPower CyborgX computer containing the two hard drives, Kingston 120GB Solid State drive and Hitachi 1TB hard drive. TFO Schumacher went back to the location where he had seen the child pornography images on the Hitachi 1TB hard drive.  While looking through a few of the files, TFO Schumacher found several images of child pornography.  These images consisted of pictures and videos with children between three (3) and twelve (12) years of age. TFO Schumacher also documented that CHANTHALANSY had a text/word listing profile names and websites that have been confirmed by law enforcement to be child pornography sites on the TOR (Dark web) network.

9.      On March 27, 2017, TFO Schumacher provided your Affiant with a copy of a disk containing approximately one-hundred (100) images of suspected child pornography obtained from CHANTHALANGSY's Hitachi 1TB hard drive. Your Affiant reviewed the images and videos and confirmed them to be child pornography.  Three (3) of the videos of child pornography reviewed are described as being:

    a.      Video: "5yo anal and vaginal"

            Length: :46

            Description: This video depicts a prepubescent minor female approximately four (4) to six (6) years of age lying on a bed completely naked with an adult male's erect penis penetrating her vagina and anus.

b.   Video: "Pthc k4 – 8yo Preteen Amy In The Bath And Bedroom"

Length: 5:38

Description: This video depicts a prepubescent minor female approximately seven (7) to nine (9) years of age completely naked in a bathtub exposing her vagina and anus to the camera while rubbing her vagina with her hand. The next scene of the video depicts the same prepubescent minor female lying on a bed completely naked with a blindfold on and performing oral sex on an adult male's erect penis.

c.   Video:"_PTHC_5yo_kait_dad_exctasy__Kathie_getting_a_mouthful_of_my_cu m"

Length: :40

Description: This video depicts a prepubescent minor female approximately four (4) to six (6) years of age completely naked performing oral sex on an adult male's erect penis.

10.    PENG CHANTHALANGSY has been identified throughout the course of the ongoing investigation to have a date of birth in 1980 and having been assigned the Social Security Administration Number bearing the last four digits 4992. He is also issued an Arkansas Driver's License bearing the last four numbers 2077. The address associated with CHANTHALANGSY's driver's license is listed as being 4007 West Olive in Rogers, Arkansas. Your Affiant compared the picture from CHANTHALANGSY's issued Arkansas Drives License to evidentiary documents obtained throughout the ongoing narcotics investigation and confirmed him to be one in the same person.

11.    Based on the above facts, your Affiant respectfully request that a warrant of arrest be issued PENG CHANTHALANGSY for violations of **18 United States Code, Sections 2252(a)(2) (Receipt of Child Pornography) and 2252A(a)(5)(B) Possession of Child Pornography.**

Gerald Faulkner, Special Agent

Homeland Security Investigations

Affidavit subscribed and sworn to before me this ____ 27th ____ day of ____ March ____ 2017

Erin L. Wiedemann
United States Magistrate Judge