```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

       v.          No. 5:17-MJ-5010

PENG CHANTHALANGSY                                          DEFENDANT

**O R D E R**

    At the initial appearance conducted on a criminal complaint, the defendant agreed to waive the issues of probable cause and detention pending the final disposition of the case; accordingly, the court considers the matters waived. The defendant is detained, subject to reconsideration on motion of the defendant.

    SO ORDERED this 30th day of March, 2017.

                                                 /s/ Erin L. Wiedeman
                                        HONORABLE ERIN L. WIEDEMANN
                                        UNITED STATES MAGISTRATE JUDGE