AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fayetteville Division

RECEIVED
APR 19 2017
U.S. MARSHALS W/AR

United States of America )
)
v. ) No. 5:17-CR-50027
)
Peng Chanthalangsy )
  *Defendant* )

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay Peng Chanthalangsy, who is accused of an offense or violation based on the following document filed with the court:

■ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

One Count of Conspiracy to Distribute Methamphetamine, all in violation of Title 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846; Two Count of Aiding and Abetting Delivery of a Controlled Substance, all in violation of Title 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2; One Count of Possession with Intent to Distribute Methamphetamine, all in violation of Title 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B)(viii); and One Count of Possession of Child Pornography, all in violation of Title 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

Date: 4/19/2017                           *Laura L Wolfe*
                                       *Issuing officer's signature*

City and state: Fort Smith, Arkansas       Douglas F. Young, U.S. Clerk
                                          *Printed name and title*

### Return

This warrant was received on *(date)* 4/19/17, and the person was arrested on *(date)* 4/19/17
at *(city and state)* Bentonville, AR.

Date: 4/19/17                              *[signature]*
                                       *Arresting officer's signature*

                                       James Richardson   DUSM
                                       *Printed name and title*

Previously arrested 3/28/17 on Complaint