# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. **5:17-CR-50027-TLB** |
| ) | |
| **PENG CHANTHALANGSY**, ) | |
| Defendant. ) | |

## NOTICE OF ATTORNEY APPEARANCE

COMES NOW the Office of the Federal Public Defender, and its attorney, **Ryan L. Rainwater**, who hereby enters his appearance in the above-styled cause of action for the purpose of representing the defendant, **Peng Chanthalangsy**, in all matters before this Court.

Respectfully submitted,

        BRUCE D. EDDY
        FEDERAL PUBLIC DEFENDER
        WESTERN DISTRICT OF ARKANSAS

By:   /s/ Ryan L. Rainwater
        Ryan L. Rainwater
        Assistant Federal Defender
        3739 N. Steele Blvd., Ste. 280
        Fayetteville, AR 72701
        (479) 442-2306

        Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered CM/ECF participants.

        /s/ Ryan L. Rainwater
        Ryan L. Rainwater

Assistant Federal Defender
3739 N. Steele Blvd., Ste. 280
Fayetteville, AR 72701
(479) 442-2306

S:\Chanthalangsy_Peng_2017_126\entry of appearance Chanthalangsy, Peng.docx