## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. **5:17-CR-50027-TLB** |
| ) | |
| **PENG CHANTHALANGSY**, ) | |
| Defendant. ) | |

### UNOPPOSED MOTION TO CONTINUE

COMES NOW the defendant, **Peng Chanthalangsy**, by the Office of the Federal Public Defender and its attorney, **Jack Schisler**, and does hereby respectfully move this Court as to the following: for a continuance of the defendant's jury trial, currently set for June 5, 2017 to approximately July 17, 2017.   The motion is based upon the following:

1. Mr. Chanthalangsy faces a five-count indictment.   Four of the counts charge violations of federal drug laws pertaining to methamphetamine.   The fifth charge alleges possession of child pornography.

2. Although submitted to the crime lab, the results of testing pertaining to the substances submitted have not been received.   In order to properly advise Mr. Chanthalangsy, and in order to prepare a guideline estimate pertaining to his case, counsel must review those reports.   The requested continuance should allow for sufficient time for the reports to be received, reviewed, and discussed with Mr. Chanthalangsy.

3. The attorney for the United States, AUSA Dustin Roberts, is aware of this motion and is unopposed to it.

4. Mr. Chanthalangsy agrees that the time from the current trial date to the new

trial date will be considered excludable time pursuant to the Speedy Trial Act, 18 U.S.C. 3161.

WHEREFORE, Mr. Chanthalangsy respectfully requests this Court to continue his jury trial to approximately July 17, 2017.

Respectfully submitted,

                BRUCE D. EDDY
                FEDERAL PUBLIC DEFENDER
                WESTERN DISTRICT OF ARKANSAS

By:   /s/ *Jack Schisler*
       Jack Schisler
       Assistant Federal Public Defender
       3739 N. Steele Blvd., Ste. 280
       Fayetteville, AR 72701
       (479) 442-2306

       Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing registered CM/ECF participants.

                /s/ *Jack Schisler*
                Jack Schisler
                Assistant Federal Public Defender