## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF

V.            CASE NO. 5:17-CR-50027-001

PENG CHANTHALANGSY                  DEFENDANT

### ORDER

Before the Court is Defendant Peng Chanthalangsy's Motion to Continue (Doc. 15), filed May 22, 2017.

IT APPEARING to the Court that a continuance is appropriate, it is ORDERED that the Motion be, and it is hereby, **GRANTED**, and the case is reset for a JURY TRIAL to commence at the call of court during its one (1) week trial term beginning on **JULY 17, 2017, at 9:00 a.m.** A pretrial conference shall be conducted on **JULY 12, 2017, at 9:00 a.m.**

The Court grants this continuance based on its findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, because otherwise the defendant's counsel would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The time between the trial date of June 5, 2017, and the reset trial term of July 17, 2017, which potentially extends through July 21, 2017, is excludable for speedy trial purposes. *See* 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 23rd day of May, 2017.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE