To Honorable Timothy L. Brooks or
To whom it may concern,

    my name is Peng Chanthalangsy and I have a public defender federal name Jack Schisler. I was told that I can write to the judge to ask if I can get a different public defender. I want a different public defender because Jack Schisler had brought a translator/investigator to speak with me and when I tried to speak Laos to him he did not understand. Then Jack says he only spoke spanish. And also Jack had informed me that the court date had been moved to July 17 2017 instead of June 5th. saying that it was a jury trial. Then a couple days later I got mail from Jack say the pretrial is going to be on July 12. I don't know what a pretrial is and why he didn't tell me when he came over so I could have asked him but I feel he is not helpful to me also because everything that I had asked he declines to do. Such as when in court the judge asked →

if I had wanted a detention hearing. I told Jack yes, but Jack says not at this time. And then we went to court once more and he says not at this time again, when the judge asked. I had told Jack multiple times that I wanted to go home and for the detention hearing. The detectives that took my phone told me at the court room that I can get my contact numbers off the phone I just have to tell Jack to get it for me. And I told Jack and he says he would but I still haven't gotten them, and says that he can't get them even when the detectives says he can. If I can get a different public defender I would appreciate it.

Peng Chanthalongsy

Peng Chenthplongsy
1300 SW 14th St.
Bentonville, AR 72712

RECEIVED
WD/AR
JUN 0 8 2017
U.S. CLERK'S OFFICE

**LEGAL MAIL**

NORTHWEST AR P&DF
AR 727 2 T
06 JUN 2017 PM

neopost
06/05/2017
US POSTAGE $000.46⁰

ZIP 72712
041M11270730

Timothy L. Brooks
35 East Mountain St. rm 510-509
Fayetteville, AR 72701

PROCESSED OUT
JUN 0 5 2017
Outgoing Legal

7270185315