IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                              No. 17-50027

PENG CHANTHALANGSY                                            DEFENDANT

### ORDER

Currently before the Court is Defendant's pro se **Motion to Appoint Counsel (Doc. 17)**, which the undersigned conducted a hearing regarding on this date. For the reasons stated on the record, the undersigned does not believe that Defendant has demonstrated any "justifiable dissatisfaction" with his counsel. United States v. Taylor, 652 F.3d 905, 908 (8th Cir. 2011).

Accordingly, the undersigned finds no cause for granting the **Motion to Appoint Counsel** and the **Motion (Doc. 17)** is therefore **DENIED**.

IT IS SO ORDERED this 5th day of July, 2017.

/s/ *Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE