# Benton County Jail
# Booking Report

CHANTHALANGSY, PENG

| NameID: 25078 | Local Identifier: 31674 | Local Number: 31674 | Projected Release Date: |
|---|---|---|---|

| Security Class: | Booking Status: Released | Confined Date: 07/14/1998 08:43 | Released Date: 07/25/1998 17:17 | Confinement Reason: 10 | BookingID: 6955 |
|---|---|---|---|---|---|

| Home Address: 4007 W. OLIVE ST | Home City: ROGERS | Home State: AR | Home Zip Code: 72756 |
|---|---|---|---|

| Race: Asian or Pacific Islander (includes Asian Indians, Polynesians, etc.) | Sex: Male | Eyes: Brown | Hair: Black | Complexion: Medium | Height: 5'07" | Weight: 140 |
|---|---|---|---|---|---|---|

| Date of Birth: 01/03/1980 | Age: 37 | Place of Birth: |
|---|---|---|

| FBI Number: 159840JB5 | SID Number: AR3033979 | Military: | Military Status: |
|---|---|---|---|

| SSN: 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 | Driver's Lic. Number: 432534992 | DL State: AR | DL Class: | Home Phone: (479) 659-9019 |
|---|---|---|---|---|

| Occupation: TECHNICIAN | Employer: DIRECT TV | Employer Address: | Employer Phone: |
|---|---|---|---|

| Next of Kin: CHANTHALANGSY, KIM | Address: | Phone: |
|---|---|---|
| Emergency Contact: | Address: | Phone: |
| Doctor: | Address: | Phone: |
| Attorney: | Address: | Phone: |

**Confinements:**

| Confinement Facility: | Confined Date/Time: 07/14/1998 08:43 | Held For Locality: | Housing Unit: | BookingID: 6955 |
|---|---|---|---|---|

| Confine Reason: Booking - General |
|---|
| Confinement Notes: |

| Releasing Officer: | Released Date/Time: 07/25/1998 17:17 | Released To: ALL ARK.BONDS | Juvenile When Booked: No |
|---|---|---|---|

| Release Reason: On Bond |
|---|
| Release Notes: |
| Property Locations: |

| Booking Officer: | Search Officer: | Fingerprint Officer: |
|---|---|---|

**Charges:**

Jail Report 6                                  Page 1 of 2                          Printed on: 07/0


GOVERNMENT EXHIBIT A