## WASHINGTON COUNTY SHERIFFS OFFICE
1155 CLYDESDALE
FAYETTEVILLE, AR. 72701-
Phone: (479) 444-5700  Fax: (479) 444-5713
(INTAKE)

CHANTHALANGSY, PENG
4007 WEST OLIVE ST
ROGERS, AR. 72756-
(479) 659-9019   Cell#: ( )  -

Booking#: 4188266
Jacket#: 240740
Cell#:
Locker#: G-11

Social Security # 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
D.L.#: AR/923893649
Date Of Birth: 01/03/1980  (37)
Mittimus #: 5503514
Length: SHOR

Race: A      Sex: M
Hair: BLK    Eye: BRN
Mustache: Y  Glasses: N
Religion: NONE
Country: USA
Features: ,, TT ON CHEST
Aka:
Employer: UNEMPLOYED
Kin Name: KIM SHAKE
Address: ROGERS, AR
Phoned Who: REFUSED
Intake Date: 03/28/2017
Arrest Date: 03/28/2017
Arresting Agency: US MARSHAL
Bond Description:
Vehicle Towed By:
CR#
Holders:
Trustee:
Release Date:
Released By:
Transporting Officer:
Inmate

Height: 507
Complexion: D
Dominant Hand: R
Marital Status: M
Diet Restriction:

Time: 14:03
Time: 13:50

Prison #:

Mental Illness: N
Sex Offender: N
Time:
Released To:

Weight: 130
Hispanic: N
Military Agency: NONE
Place Of Birth: LAOS
Citizen: N

Work Phone: ( )  -
Relationship: SISTER

Phone #: ( )  -
Intake Officer: 0618 - GUERRA, ANA
Officer: COTTRELL
Searching Officer: 1802 - RILEY, JEREMY
Transporting Agency: COTTRELL/HOMELAND SECURITY

Agency Responsible: FED - US MARSHAL
Inmate Class: US

Weekender: N
Officer Id:
Out Weight:
C/O

Beard: Y
Gang: NONE
Escape Risk: N
# Of Children: 1

SID#: 3033979
FBI#:

Case/OCA#:

Location: ROGERS PD
Bond Amt:

Suicide Watch: N

Violent: N

Total Bookings:

| CHARGE | DESCRIPTION | TERMS | BOND | WARRANT | CT | DATE | TIME | DEPT |
|---|---|---|---|---|---|---|---|---|
| 01010-100 | HOLD FOR OTHER DEPT | [1  US MARSHAL | 0 | US MARSHAL | US | / / | | FED |





GOVERNMENT EXHIBIT B