PS3 (12/05-Rev. for PACTS 6/11)                                                          PENG CHANTHALANGSY, / 0861 5:17-05010M-001

In accordance with Local Rule 57.1, Pretrial Services Reports are made available to Defense Counsel and the Government. The Pretrial Reports are not public record, are not to be reproduced or disclosed to any other party, and shall remain confidential as provided in Title 18 U.S.C. § 3153(c)(1).

# PRETRIAL SERVICES REPORT

| District/Office | Charge(s) (Title, Section, and Description) |
|---|---|
| Western District Of Arkansas/Fayetteville | **Count One:** 18 U.S.C. § 2252 - Receipt of Child Pornography |
| Judicial Officer<br>Honorable Erin L. Wiedemann<br>United States Magistrate Judge | **Count Two:** 18 U.S.C. § 2252A - Possession of Child Pornography |
| Docket Number (Year – Sequence No. – Def. No.)<br>0861 5:17-05010M-001 | ☒ Presumption Case(s) |

## DEFENDANT

| Name<br>CHANTHALANGSY, PENG | Employer/School<br>Unemployed |
|---|---|
| Address<br>4007 West Olive<br>Rogers, AR 72756 | Employer/School Address<br>N/A |

| At Address Since<br>03/28/2017 | Time in Community of Residence<br>unknown | Monthly Income<br>$0 | Time with Employer/School<br>N/A |
|---|---|---|---|

## INTRODUCTION:

The following information was verified via Access to Law Enforcement Systems (ATLAS); the National Crime Information Center (NCIC); and the Washington County, Arkansas, Sheriff's Office (WCSO). The defendant declined an interview with the probation officer on March 29, 2017.

## DEFENDANT HISTORY / RESIDENCE / FAMILY TIES:

According to law enforcement records, the defendant, Peng Chanthalangsy, was born on January 3, 1980. According to the WCSO booking information, the defendant listed his next of kin as his sister, Kim Shake. Booking information also noted the defendant has one child. Records further indicate the defendant was born in Laos and he is not a citizen of the United States.

## EMPLOYMENT HISTORY / FINANCIAL RESOURCES:

According to the WCSO booking record, the defendant was unemployed at the time of his arrest. No further information has been received at this time.

There is no information available at this time regarding the defendant's income, expenses, assets or liabilities.

Page 1



GOVERNMENT EXHIBIT