IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

V.                          CASE NO. 5:17-CR-50027

PENG CHANTHALANGSY                                                                    DEFENDANT

### ORDER

Currently before the Court are Defendant's Motion to Suppress Statement (Doc. 18) and Motion for Separate Trials (Doc. 19). Beginning with the Motion to Suppress, the Government filed a Response (Doc. 21) which essentially conceded that all statements Defendant made to law enforcement after he initially invoked his right to counsel should be suppressed, with the exception of statements he made confirming his address and previous employment. Defendant and the Government came to an agreement that stated with particularity the statements Defendant made to law enforcement that the Government will be permitted to elicit at trial. **IT IS THEREFORE ORDERED** that Defendant's Motion to Suppress (Doc. 18) is **GRANTED**, except for the statements set forth in the parties Stipulation, which is attached as an exhibit to this Order.

With respect to Defendant's Motion for Separate Trials, the Government advised the Court in an email that it did not oppose the Motion. Accordingly, **IT IS FURTHER ORDERED** that Defendant's Motion for Separate Trials (Doc. 19) is **GRANTED**, and that two trials will be set by separate order.

The delay resulting from the Court's consideration of these pretrial motions—from the date the motions were filed on July 1, 2017, through today's date—is

excludable in computing the date by which trial of the pending charges must commence. See 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED** on this 20th day of July, 2017.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br><br>v.<br><br>PENG CHANTHALANGSY,<br>                Defendant. | No. **5:17-CR-50027-TLB** |

### STIPULATION AS TO ADMISSION OF DEFENDANT'S STATEMENT

COME NOW the defendant, **Peng Chanthalangsy**, by the Office of the Federal Public Defender and its attorney, **Jack Schisler**, and the United States, by AUSA **Dustin Roberts**, and who do hereby stipulate as to the following regarding the admissibility of certain statements made by the defendant to law enforcement during a custodial interrogation that took place at the Rogers, Arkansas police department on March 28, 2017.

It is hereby stipulated that the government can elicit the following information derived from the defendant's statement:

1. That the defendant's address was 4007 West Olive Street, Rogers, Arkansas at the time of the statement.

2. That the defendant had previously worked as a technician for Direct TV.

It is so stipulated.

This __13th__ day of July, 2017.

_____
Jack Schisler
Attorney for Peng Chanthalangsy

_____
Dustin Roberts
Assistant United States Attorney