IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CRIMINAL NO.:     5:17-CV-50027-001          USA v. PENG CHANTHALANGSY

COURT PERSONNEL:                              APPEARANCES:

Judge:      TIMOTHY L. BROOKS            Govt.:  DUSTIN ROBERTS

Clerk:      SHERI CRAIG                       Deft.:  JACK SCHISLER

Reporter:   DANA HAYDEN

### CHANGE OF PLEA

On this date the Defendant appeared in person and with counsel and stated that he desired to withdraw the plea of not guilty entered and enter a plea of guilty to Count 5 of the Indictment.

- (X) Defendant sworn and examined about offense.
- (X) Inquiry made whether Defendant is under the care of a physician or on medication.
- (X) Inquiry made that Defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made that Defendant does not suffer from mental disease or disorder and is able to comprehend proceedings.
- (X) Inquiry made that Defendant is satisfied with counsel.
- (X) Rule 11(e) plea agreement disclosed on record and filed.
- (X) Rights explained.
- (X) Possible severity of sentence explained.
- (X) Defendant entered guilty plea to Count 5.
- (X) Not guilty plea remains on Counts 1, 2, 3, and 4.
- (X) Court determined that plea is voluntary.
- (X) Court determined that there is a factual basis for plea.
- (X) Plea accepted.
- (X) Court expresses tentative approval of plea agreement pending completion of presentence report.
- (X) Defendant found guilty as charged.
- (X) Sentencing deferred pending presentence investigation.
- (X) Defendant remanded to custody of the USMS.

DATE: August 1, 2017                         Proceeding began: 10:34 am

                                                        ended: 11:24 am