**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v** | ) | **Case No. 5:17CR50027** |
| | ) | |
| **PENG CHANTHALANGSY** | ) | |

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 16, 2017 and ending on September 17, 2017. (See, Attachment 1)

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 2nd day of October, 2017.

Respectfully submitted
KENNETH ELSER
UNITED STATES ATTORNEY

By      /s/ Aaron Jennen
        Aaron Jennen
        Assistant United States Attorney
        Arkansas Bar No. 2004156
        414 Parker Avenue
        Fort Smith, Arkansas 72901
        479-783-5125
        E-mail Aaron.Jennen@usdoj.gov