Attachment 1

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS, FAYETTEVILLE DIVISION
## COURT CASE NUMBER: 5:17CR50027; NOTICE OF FORFEITURE

Notice is hereby given that on August 01, 2017, in the case of <u>U.S. v. PENG CHANTHALANGSY</u>, Court Case Number 5:17CR50027, the United States District Court for the Western District of Arkansas entered an Order condemning and forfeiting the following property to the United States of America:

Miscellaneous computer equipment (17-ICE-000654), including the following items: 1 Bitmain Antminer S7, Ser No: BYTT11EAEAAJF1065; 1 Bitmain Antminer S7, Ser No: BYTT11IAEAAAF0620; 1 Bitmain Antminer S9, Ser No: CHDZ14NAFJHJG0008; 1 Bitmain Antminer S9, Ser No: BYTT14NAFJGBF0394; 1 Bitmain Antminer S9, Ser No: CHDZ14MAFJHAA0406; 1 Bitmain Antminer S9, Ser No: CHDZ14MAFJHAA0405; 1 CYBORGX IBuyPower CPU which was seized from Peng Chanthalangsy on March 23, 2017 at 4007 West Olive Street, located in Rogers, AR

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (August 16, 2017) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 510 Federal Building, 35 E. Mountain, Suite 510, Fayetteville, AR  72701, and a copy served upon Assistant United States Attorney Aaron Jennen, 414 Parker Avenue, Fort Smith, AR  72901. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 16, 2017 and September 14, 2017. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. PENG CHANTHALANGSY

**Court Case No:**      5:17CR50027
**For Asset ID(s):**    See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/16/2017 | 24.0 | Verified |
| 2 | 08/17/2017 | 24.0 | Verified |
| 3 | 08/18/2017 | 24.0 | Verified |
| 4 | 08/19/2017 | 24.0 | Verified |
| 5 | 08/20/2017 | 24.0 | Verified |
| 6 | 08/21/2017 | 24.0 | Verified |
| 7 | 08/22/2017 | 24.0 | Verified |
| 8 | 08/23/2017 | 24.0 | Verified |
| 9 | 08/24/2017 | 24.0 | Verified |
| 10 | 08/25/2017 | 24.0 | Verified |
| 11 | 08/26/2017 | 24.0 | Verified |
| 12 | 08/27/2017 | 24.0 | Verified |
| 13 | 08/28/2017 | 24.0 | Verified |
| 14 | 08/29/2017 | 24.0 | Verified |
| 15 | 08/30/2017 | 24.0 | Verified |
| 16 | 08/31/2017 | 24.0 | Verified |
| 17 | 09/01/2017 | 24.0 | Verified |
| 18 | 09/02/2017 | 24.0 | Verified |
| 19 | 09/03/2017 | 24.0 | Verified |
| 20 | 09/04/2017 | 24.0 | Verified |
| 21 | 09/05/2017 | 24.0 | Verified |
| 22 | 09/06/2017 | 24.0 | Verified |
| 23 | 09/07/2017 | 24.0 | Verified |
| 24 | 09/08/2017 | 24.0 | Verified |
| 25 | 09/09/2017 | 24.0 | Verified |
| 26 | 09/10/2017 | 24.0 | Verified |
| 27 | 09/11/2017 | 24.0 | Verified |
| 28 | 09/12/2017 | 24.0 | Verified |
| 29 | 09/13/2017 | 24.0 | Verified |
| 30 | 09/14/2017 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.