17-50027

OCT 3 1 2017

DOUGLAS F. YOUNG, Clerk

By _____ Deputy Clerk

10/26/17

To whom it may concern,

My name is Peng Chanthalangsy and I wish to be appointed a different public defender other than Jack Schisler. I had filed a motion to appoint a different council before and the judge told Jack to be more communicative with me about my case, but that we were still able to work together and hopes he does not hold a grudge against me. I also hope he does not hold a grudge against me previously and now as it would undermine my defense and lack of it. Jack has visited me here in Benton County Jail to go over the presentence report and told me to collect call him, from that day to Monday two weeks ago, if there were things I wanted him to look at and we would go over it. I had collect called that Monday and the lady says Jack was not in and that she emailed him for me and that there would be no reason to call back. It is getting closer to Nov. 15 sentencing date and according to the paperwork I am eligible for probation but Jack →

has never mentioned that defense option to me. I am not satisfied he has not communicated with me to go over the paperwork and my defense options.

10/26/17
Peng Chanthalangsy

Peng Chanthalangsy
1300 SW 14th St.
Bentonville, AR 72712

PROCESSED OUT
OCT 27 2017
Outgoing Inmate Mail

72701$5315

Timothy L. Brooks
35 East Mountain St. Rm. 510-509
Fayetteville, AR 72701-5354

ZIP 72712
041M11270730