# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

CRIMINAL NO.:      5:17-CR-50027-001          USA v. PENG CHANTHALANGSY

COURT PERSONNEL:                              APPEARANCES:

Judge:      TIMOTHY L. BROOKS                 Govt.: DUSTIN ROBERTS

Clerk:      GAIL GARNER                       Deft.: KEN OSBORNE

Reporter:   DANA HAYDEN


## SENTENCING MINUTE SHEET

On this date the above named Defendant appeared in person and with counsel for sentencing.

- (X) Inquiry made that Defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.

- (X) Inquiry made whether Defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.

- (X) Inquiry made that Defendant is satisfied with counsel.

- (X) Court determined that Defendant and counsel have had opportunity to read and discuss presentence investigation report.

- (X) Presentence investigation report reviewed in open court.

- (X) Court expresses final approval of plea agreement.

- (X) Attorney for Government afforded opportunity to make statement to Court.

- (X) Counsel for Defendant afforded opportunity to speak on behalf of Defendant.

- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.

CRIMINAL NO.:   5:17-CR-50027-001

(X)   Court proceeded to impose sentence as follows:

92 months imprisonment; 15 years supervised release; no fine imposed; $7,000.00 restitution imposed.

(X)   Defendant ordered to comply with standard conditions of supervised release.

(X)   Defendant ordered to comply with the special conditions of supervised release set forth in the Judgment, as well as:

1. If deemed necessary, the Defendant shall submit to any means utilized by the U.S. Probation Office to track his whereabouts or location at any time.

2. The Defendant shall have no unsupervised contact with minors.

3. The Defendant shall submit his person, residence, place of employment, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner based upon reasonable suspicion that a violation of any condition of supervised release might thereby be disclosed.

4. Except for purposes of employment, the Defendant shall not possess, use, or have access to a computer or any other electronic device that has Internet or photograph storage capabilities, without prior advance notice and approval of the U.S. Probation Office. Reasonable requests by the Defendant for such approval should not be denied, provided that the Defendant allows the U.S. Probation Office to install Internet-monitoring software, the Defendant pays for the software, and Defendant submits to random searches of his computers, electronic devices, and peripherals.

5. The Defendant shall submit to inpatient or outpatient mental health evaluation, counseling, testing and/or treatment, all with an emphasis on sex offender treatment, as deemed necessary and as directed by the U.S. Probation Office.

CRIMINAL NO.:     5:17-CR-50027-001

- (X)     Defendant ordered to pay a total special assessment of $100.00, which shall be due immediately.

- (X)     Counts 1, 2, 3, and 4 dismissed on motion by the Government.

- (X)     Defendant advised of appeal rights.

- (X)     Defendant remanded to custody of USMS.

DATE: January 12, 2018                                    Proceeding began: 1:30 pm

                                                                                    ended: 2:37 pm