IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                          CASE NO. 5:17CR50027-001

PENG CHANTHALANGSY                                                    DEFENDANT

## APPEAL RIGHTS FORM

I, Peng Chanthalangsy, have discussed the right to appeal my case with my attorney. I understand that I have the option to file an appeal. I further understand that I have the option to appeal my conviction and/or my sentence. After reviewing those options with my attorney and having an opportunity to discuss my case and ask any questions that I have, I have made the following decision:

\_\_\_\_\_ I do NOT want to appeal my conviction or my sentence for Possession of Child Pornography

_____                    _____
Peng Chanthalangsy                                 Date

__X__ I DO want to appeal my conviction and/or my sentence for Possession of Child Pornography

_____                    _____1/17/18_____
Peng Chanthalangsy                                 Date