United States District Court
*for the*
Western District of Arkansas

## NOTICE OF APPEAL

United States of America
*Plaintiff;*

vs.

Peng Chanthalangsy
*Defendant.*

District Court Docket Number: 5:17CR50027-001

District Court Judge: Honorable Timothy Brooks

Notice is hereby give that **Peng Chanthalangsy** appeals to the United States Court of Appeals for the Eighth Circuit from the **Judgment and Commitment** entered in this action on **January 17, 2018**.

Signature of Appellant's Counsel: [signed]

Typed Name of Appellant's Counsel: Ken Osborne

Street Address: 509 N. College Avenue
Room: 
Telephone Number: 479-521-7727

City: Fayetteville   State: AR   Zip Code: 72701   Date:

Defendant's Address (Complete Address if incarcerated; or City & State only): Benton County Detention Center, 1300 SW 14th, Bentonville, AR 72712

Offenses: Possession of Child Pornography

Date of Verdict: ____   ☐ Jury   ☒ Non-Jury

Trial Testimony - Number of Days: ____   Bail Status: Detained

Sentence: 92 months imprisonment

Date Imposed: January 17, 2018

Appealing: ☒ Sentence   ☐ Conviction   ☐ Both

Trial Counsel was: ☐ Appointed   ☐ Retained

Does Defendant's financial status warrant appointment of counsel on appeal? ☒ Yes   ☐ No

Affidavit of Financial Status (CJA23) filed on: ____

Is there a reason why trial counsel should not be appointed as counsel on appeal? ☐ Yes   ☒ No

Assistant U.S. Attorney (Name and Phone): Dustin Roberts  479-783-5125

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Notice of Appeal has been electronically filed with the Clerk of Court using the CM/ECF System on  01/22/2018  which will send notification of such filing to the following:

Dustin Roberts
AUSA

and I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

Peng Chanthalangsy

/s/ [signature]

## CERTIFICATE OF SERVICE

I hereby certify that on _____, I presented the foregoing Notice of Appeal to the Clerk of Court for filing and uploading to the CM/ECF System which will send notification of such filing to the following:

and I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

/s/ _____