# U.S. COURT OF APPEALS - EIGHTH CIRCUIT
# NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet or attach an amended docket sheet with the final style of the case.

Western District of Arkansas  - FAYEVILLE DIVISION

**17-50027, USA v. Peng Chanthalangsy**

Length of Trial:    None

| | | | |
|---|---|---|---|
| Financial Status: | Fee Paid? | Yes | No XX |
| | If NO, has IFP been granted? | Yes XX | No |
| | Is there a pending motion for IFP? | Yes | No XX |
| Are there any other post-judgment motions? | | Yes | No XX |

Please identify the court reporter.

    If no court reporter, please check

    Name    **DANA HAYDEN**
    Address    35 E MOUNTAIN, ROOM 559
               FAYETTEVILLE, AR 72701
Telephone Number    479-6954460

**CRIMINAL CASES ONLY:**
    Is the defendant incarcerated?    Yes XX    No
Place of confinement, if known:

    Benton County Detention Center, 1300 SW 14th St, Bentonville, AR 72712

Please list all other defendants in this case, if there were multiple defendants.

SPECIAL COMMENTS: