# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-1175

United States of America

Appellee

v.

Peng Chanthalangsy

Appellant

_____

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:17-cr-50027-TLB-1)
_____

**ORDER**

Attorney, Ken Osborne is hereby appointed to represent appellant in this appeal under the Criminal Justice Act. Information regarding the CJA appointment and vouchering process in eVoucher will be emailed to counsel shortly.

January 24, 2018

Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans