# TRANSMITTAL SHEET

TO:  Clerk, 8th Circuit Ct of Appeals             Date:  2/16/2018

From:  Clerk, District Court WD/AR Fayetteville Division

Appeal No.  18-1175

District Court No.  17-50027

Case Style:  USA vs. Peng Chanthalangsy

**TRANSMITTED HEREWITH:**

|   | Original file |   | Designated Clerk's Record |
|---|---|---|---|
|   |   |   | Final Presentence Report |
|   | Transcript: Sentencing 1/12/2018 |   | Statement of Reasons |
|   |   |   | Revised Sentencing Recommendations |
|   |   |   | (In triplicate) |
|   |   |   |   |

EXHIBITS:

| Plaintiffs | Defendants | Joint |
|---|---|---|
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |

Comments:  SENT UPS

**ALL ARE COPIES... NO NEED TO RETURN**