# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-1175

United States of America

Appellee

v.

Peng Chanthalangsy

Appellant

_____

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:17-cr-50027-TLB-1)
_____

**ORDER**

The court reporter is ordered to prepare the transcript of the plea hearing in district court case No. 5:17-cr-50027-TLB-1. The original of the transcript shall be transmitted to counsel for the appellant and the copy shall be filed with the Clerk of the U.S. District Court for the Western District of Arkansas - Fayetteville for transmittal to this court.

The clerk of the United States District Court is requested to process the appropriate CJA voucher for payment of the court reporter's expense.

March 12, 2018

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans