# TRANSMITTAL SHEET

TO:  Clerk, 8th Circuit Ct of Appeals       Date:  3/13/2018

From:  Clerk, District Court WD/AR Fayetteville Division

Appeal No.   18-1175

District Court No.   17-50027

Case Style:   USA  vs.  Peng Chanthalangsy

**TRANSMITTED HEREWITH:**

|   | Original file |   | Designated Clerk's Record |
|---|---|---|---|
|   |   |   |   |
|   | Transcript: |   |   |
|   | 8/1/2017 Change of Plea Hearing |   |   |
|   |   |   |   |
|   |   |   |   |

EXHIBITS:

| Plaintiffs | Defendants | Joint |
|---|---|---|
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |

Comments:   SENT UPS

**ALL ARE COPIES... NO NEED TO RETURN**