# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-1175

United States of America

Appellee

v.

Peng Chanthalangsy

Appellant

---

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:17-cr-50027-TLB-1)

---

**MANDATE**

In accordance with the opinion and judgment of 08/27/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 19, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit